# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* NICHOLAS SEPESKO | ) ) ) Case No. 3:20MJ1039(SALM) ) ) ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of Connecticut
*(identify the person or describe the property to be searched and give its location)*:

Nicholas Sepesko as described in Attachment A-2.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence and instrumentalities of a crime as described in Attachment B, which is expressly incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before December 17, 2020 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Hon. Sarah A.L. Merriam .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12/04/2020 1:18 pm    Sarah A. L. Merriam, U.S.M.J.    Digitally signed by Sarah A. L. Merriam, U.S.M.J. Date: 2020.12.04 13:19:14 -05'00'
*Judge's signature*

City and state: New Haven, Connecticut    Hon. Sarah A.L. Merriam, USMJ
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: 3:20MJ1039(SALM) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A-2**

**Person to Be Searched**

Nicholas Sepesko, born 1950, is approximately 5'11" tall, and resides at 110 Sherman Avenue, Hamden, Connecticut 06518.

# ATTACHMENT B

## Particular Items to be Seized

1. Handwritten letters or draft letters to the Victim.

2. Papers and records containing the Victim's name, business name, and Wallingford address.

3. 8 ½" x 11" yellow-colored lined paper from a notepad.

4. American flag Forever postage stamps and postcard stamps with "2019" and drawings of marine life (moray eel, fish, and sponges).

5. Journal, notes, and reports about an incident on or about February 17, 2017 involving Sepesko and the Victim at the Target Premises.

6. Hamden area newspaper or circular with portions cut out that was included in the letter postmarked October 31, 2020 to the Victim.

7. Items containing calcium carbonate such antacids, chalk, and lime.

8. Rodenticide (chemicals made for the purpose of killing rodents).

All evidence and instrumentalities used in violation of 18 U.S.C. §§ 876(c)(mailing a communication containing a threat to injure the person of the addressee or another) and 1038(a) (conveying false information and hoax).