UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED UNDER SEAL**

In Re: Criminal Complaint and : NOS. 3:20MJ1039(SALM)
Search Warrant Applications : _____

December 4, 2020

MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order sealing the enclosed Application for an Arrest Warrant and Application for Search Warrants, Criminal Complaint, Arrest Warrant, two Search Warrants, all attachments thereto, this Motion to Seal, and the proposed Order to Seal until June 3, 2021, unless otherwise ordered. The Government makes this application because the investigation of the criminal activities described in the sealed documents is ongoing. Premature disclosure of the contents of the sealed documents could result in the destruction of evidence and could frustrate this investigation by alerting the target of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, and by limiting the ability to conduct other search warrants.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT03192
157 Church Street; 23rd Floor
New Haven, Connecticut 06510
(203) 821-3742
peter.jongbloed@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED UNDER SEAL**

In Re: Criminal Complaint and          :          NOS. _____
Search Warrant Applications             :

<u>ORDER TO SEAL</u>

Based on the motion of the Government and for good cause shown, it is hereby ORDERED that, in accordance with Rule 57 of the Local Rules of Criminal Procedure, the enclosed Application for an Arrest Warrant and Application for Search Warrants, Criminal Complaint, Arrest Warrant, two Search Warrants, all attachments thereto, the Motion to Seal, and this Order to Seal are SEALED until June 3, 2021. The Court finds that the sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, the motion is granted because the investigation of the criminal activities described in the sealed documents is ongoing. Premature disclosure of the contents of the sealed documents could result in the destruction of evidence and could frustrate this investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, and by limiting the ability to conduct other search warrants.

SO ORDERED, this _____ day of December 2020, at New Haven, Connecticut.


_____
HON. SARA A.L. MERRIAM
UNITED STATES MAGISTRATE JUDGE