UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Criminal Complaint and | : | 3:20MJ 1039  (SALM) |
| Search Warrant Applications | : | |

## **ORDER TO SEAL**

Based on the motion of the Government and for good cause shown, it is hereby ORDERED that, in accordance with Rule 57 of the Local Rules of Criminal Procedure, this matter shall be SEALED until January 4, 2021, or until the presentment of the defendant in open Court, whichever occurs first. The Court finds that the sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, the motion is granted because the investigation of the criminal activities described in the documents filed in this matter is ongoing. Premature disclosure of the contents of the sealed documents could result in the destruction of evidence and could frustrate this investigation by alerting the target of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date. Disclosure of the existence of the search and arrest warrants before their execution could endanger the safety of the officers executing the warrants.

Any motion to extend this Sealing Order shall be filed by December 22, 2020.

It is so ordered this 4th day of December 2020, at New Haven, Connecticut.

Sarah A. L. Merriam, U.S.M.J.
Digitally signed by Sarah A. L. Merriam, U.S.M.J.
Date: 2020.12.04 13:16:43 -05'00'

HON. SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE