AO 83 (Rev. 3/11) (CT Rev 10/15) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## District of Connecticut

| | |
|---|---|
| United States of America <br> v. <br> Nicholas Sepesko <br> *Defendant* | ) ) ) ) Case No.  0205 3:20-01039M-001 ) ) ) ) ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

| Place: Honorable Sara A.L. Merriam <br> Richard C. Lee U.S. Courthouse <br> 141 Church Street <br> New Haven, Connecticut 06510 | Courtroom No.: 4 |
| | Date and Time: January 5, 2021   2:30 PM |

This offense is briefly described as follows:

On December 24, 2020, the Government received information regarding a letter, received by the victim of the instant offense, that they believe was facilitated by Mr. Sepesko. The letter contained a white powder, similar penmanship, and additional characteristics bearing a resemblance to letters previously sent by Mr. Sepesko.

Date: December 29, 2020

*Issuing officer's signature*

Julia Reis, Deputy Clerk
*Printed Name and Title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned the summons   ☐ Returned the summons unexecuted

Date: 1/4/2021

*Server's signature*

Kimberlee S. Gorton Sr. USPO
*Printed name and title*